FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

OCT 26 2015

CHRISTOPHER A. PRINE
CLERK

MAILED
10/23/15
10-19-15

Clerk,

RO: Cause No. 14-15-00460-CV
Styled Allen "F" Calton v Jason Newman, et al

In response to a notice from this Court informing me that a supplemental Clerk's record in the above cause has been filed with the Court on 10-9-15. I need a copy of said record or in the alternative some type of order and/or notice that will afford me the opportunity to correct any deficiency that may exist that is precluding me from obtaining a free record. I need to know what grounds the contest to my indigent request are based on. what evidence the trial court relied on to sustain the Clerk's contest. I cannot reasonably challenge the same without knowing what it is that I need to be challenging. I need to know what the problem is so I can help get it solved and get the appeal I'm entitled to as a matter of law. A response and information that will put me on notice of the problem would be appreciated to me at the address below.

Allen "F" Calton #1123880
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

Thank You,
Allen "F" Calton

P.S. The Appellate Rules are to be interpreted reasonably and liberally so that the right to appeal is not lost by imposing requirements unnecessary to effectuate the goal of the Rules. See Few v State 230 s.w.3d 184, 189 (Tex Crim App 2007)

USA
FOREVER

NORTH HOUSTON TX 773

23 OCT 2015 PM 5 L

Allen "F" Carton #1123880
Stiles Unit
3060 Fm 3514
Beaumont, TX. 77705

Fourteenth Court Of Appeals
301 Fannin Suite 245
Houston, Texas 77002

77002206270